UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA MAGDALENA RIVAS-MEJIA, A. No. 099-473-699,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | No. 1:26-cv-5744 DJC CKD P<br><br><u>ORDER</u> |

Petitioner, an immigrant detainee proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner is detained at Adelanto ICE Processing Center in San Bernardino County. Jurisdiction over this § 2241 petition is proper only in the district in which petitioner's immediate custodian is located. *See Doe v. Garland*, 109 F.4th 1188 (9th Cir. 2024) (holding that an individual challenging civil immigration detention must file their petition in the district of confinement where the immediate custodian is located). Petitioner's custodian is located in the Central District of California. Accordingly, pursuant to 28 U.S.C. § 1631 in the interests of justice this action will be transferred to the United States District Court for the Central District of California.

////

////

////

////

In accordance with the above, IT IS HEREBY ORDERED that:

This matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated: **August 2, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/kly
riva5744.108.2241.imm