UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA RIVAS-MEJIA,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondent. | Case No. 5:26-cv-04516-AH-CTS<br><br>JUDGMENT |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, Dkt. No. 18, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ENJOINED** from re-detaining Petitioner without providing her with notice and a pre-detention hearing at which Respondents have the burden to demonstrate, by clear and convincing evidence, that Petitioner is a danger to the community or a flight risk, even after considering whether any alternatives to detention could sufficiently mitigate that risk.

Dated: August 25, 2026

HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE