UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

URSULA RIVAS-MEJIA,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondent.

Case No. 5:26-cv-04516-AH-CTS

*AMENDED*
JUDGMENT *JS-6*

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, Dkt. No. 18, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ENJOINED** from re-detaining Petitioner without providing her with notice and a pre-detention hearing at which Respondents have the burden to demonstrate, by clear and convincing evidence, that Petitioner is a danger to the community or a flight risk, even after considering whether any alternatives to detention could sufficiently mitigate that risk.

Dated: August 25, 2026

HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE